UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RICO MENEFEE, | Case No. 2:23-cv-10024 |
| *Plaintiff,* | Matthew F. Leitman<br>United States District Judge |
| v. | |
| | Patricia T. Morris<br>United States Magistrate Judge |
| MICHIGAN DEPARTMENT OF CORRECTIONS, KRISTIN MASON, DIANE CANTERBURY-MILLER, KRISTEN BROWN, AMBER PARKER, ALLISON LOPEMAN, JOSH ALLEN, BARBARA ROSE, LORI KISSAU, and EQUYES GROENLEER, | |
| *Defendants.* | |
| _____/ | |

## ORDER CORRECTING CASE CAPTION (ECF No. 50)

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, initially filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against several unnamed defendants. (ECF No.1). The Court *sua sponte* dismissed Defendant Facility Manager John or Jane Doe, and Defendant Healthcare Regional Manger John or Jane Doe because Plaintiff failed to state a claim against them as all allegations raised concerned actions undertaken in their supervisory roles over others. (ECF No. 9, PageID.68). The Court order Plaintiff to identify any outstanding John and Jane Does. (ECF No. 31). On September 12, 2023, the Court

1

received notice from Plaintiff identifying the following individuals: Lori Kissau, Regional Administrator Medical Manager and Equyes Groenleer, Regional JCS Facility manger. (ECF No. 30). The Court then ordered the docket be updated to reflect the newly identified defendants. (ECF No. 31). However as highlighted in MDOC Defendants' Motion to Amend the Docket, the allegations lodged against Defendants Kissau and Groenleer are solely based on their supervisory role over others and thus fail to state a claim as a matter of law. (ECF No. 50, PageID.189–90). Thus, Defendants Kissau and Groenleer should be dismissed from the action pursuant to District Judge Matthew F. Leitman's Opinion and Order entered April 26, 2023. (ECF No. 9.) Therefore, the docket should be corrected to terminate Defendants Kissau and Groenleer and MDOC Defendants' motion should be **GRANTED**.

    **IT IS SO ORDERED**.

Review of this order is governed by 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and E.D. Mich. LR 72.1(d).

**IT IS SO ORDERED**.

Date: February 27, 2024                                     S/ PATRICIA T. MORRIS
                                                                         Patricia T. Morris
                                                                         United States Magistrate Judge