UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICO MENEFEE,

    Plaintiff,

v.

Case No. 23-cv-10024
Hon. Matthew F. Leitman

KRISTIN MASON, *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

                                KINIKIA ESSIX
                                CLERK OF COURT

                    By:   s/Holly A. Ryan
                              Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  January 7, 2025
Detroit, Michigan